| DATE: | 5/27/2021 |
|---|---|
| LOCATION: | Sherman |
| JUDGE: | Christine Nowak |
| DEP. CLERK: | K. Lee |
| RPTR/ECRO: | Digital Recording |
| USPO: | M. Petty / N. Estrada |
| INTERPRETER: | N/A |
| BEGIN/END: | 10:45 a.m. / 10:54 a.m. |
| TOTAL TIME: | |

CASE NUMBER 4:21-CR-00126-8

USA v. <u>Frederick Dewayne Britton, Jr.</u>

<u>Brent Andrus</u>
AUSA

<u>Ellen Comley</u>
Defense Attorney

**FILED**
MAY 27 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

☑ INITIAL APPEARANCE
☑ ARRAIGNMENT

☑ Defendant Sworn     ☐ Interpreter Required

☑ Dft appears: ☑ with counsel  ☐ without counsel  ☐ pro se  ☐ Counsel appears on behalf of defendant

☑ Date of arrest _5/27/21___     (Other district court & case #) _____

☑ Defendant ☑ advised of charges, penalties, and rights

☑ Dft first appearance with counsel ☐ CJA appointed ☑ Retained ☐ Federal Public Defender appointed
Attorney: <u>Ellen Comley</u>

☑ Defendant advises the Court that they ☑ have counsel who is <u>Ellen Comley</u> or, ☐ will hire counsel.

☐ Defendant requests appointed counsel, is sworn and examined re: financial status.

☐ Financial affidavit executed by defendant.
The court finds the defendant is ☐ able to employ counsel ☐ unable to employ counsel.

☐ _____ appointed   ☐ U.S. Pub Defender _____ appointed

☐ If defendant cannot retain counsel, the Court is to be advised within ___ days so counsel may be appointed.

☐ Govt motion for detention ☐ Govt oral motion for continuance    ☐ Oral Order granting ☐ Oral Order denying

☐ Defendant oral motion to continue detention hearing     ☐ Oral Order granting ☐ Oral Order denying

☐ Arraignment set _____

☐ Detention Hrg set _____     ☐ Temp Detention Order Pending Hearing

☑ Ordering setting conditions of release   ☐ Bond executed

☐ Defendant signed Waiver of Detention Hearing.

☐ Defendant remanded to custody of United States Marshal

☐ Defendant motion _____

- [ ] Government motion _____

_____
_____

## ARRAIGNMENT

- [x] Arraignment held
- [x] Dt appears with counsel
- [x] Dft
  - [x] sworn
  - [x] received copy of charges
  - [x] discussed charges with counsel
  - [ ] charges read
  - [x] waived reading of charges
- [x] Dft enters a plea of [x] not guilty
  To **Count 1 of the Indictment**
- [x] Pretrial Discovery and Inspection Order entered. Case set for final pretrial conferences/jury selection and trial setting on: ___SDJ 8/2/21___ Pretrial Date: _____
- [x] **Rule 5f order**
- [ ] _____
- [ ] Df remanded to custody USM   [x] Dft RELEASED on conditions of release after out-processing by USM