IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 4:21-CR-126 (8) |
| | § | |
| FREDERICK BRITTON (8) et al. | § | |
| | § | |

## WAIVER OF SPEEDY TRIAL

TO THE HONORABLE JUDGE:

COMES NOW, Frederick Britton, Defendant in the above styled and numbered cause, pursuant to the provisions of 18 U.S.C. §3161, et. seq, and states that he has consulted with his counsel concerning the provisions of the speedy trial act and is aware of the consequences of waiving his right to discharge under that act and waives his right to a speedy trial and his right to discharge under the act during the period of time of continuance of this cause granted by the Court, so that his chosen attorney may have adequate opportunity to prepare his defense consistent with the requirements of the Fifth, Sixth and Fourteenth Amendments to the United States Constitution.

Dated: June 11, 2021

Respectfully Submitted,

*/s/Ellen M. Karp*
Ellen Karp
TX Bar No. 24097919
ellen@federal-lawyer.com
**OBERHEIDEN P.C.**
440 Louisiana St, Suite 200
Houston, Texas 77002
(317) 362-75593 (Telephone)
(972) 559-3365 (Facsimile)

Approved by:

Frederick Britton
DEFENDANT

## CERTIFICATE OF SERVICE

I certify that on June 11, 2021, a true and correct copy of the above and foregoing instrument was served on all counsel of record through the Courts CM/ECF electronic filing system.

/s/ Ellen M. Karp
Ellen Karp